**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-7791**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HENRY ANDRE REDFERN,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., Chief Dis-
trict Judge.  (CR-98-567, CA-00-1335-17-0)

———————

Submitted:  March 22, 2001          Decided:  March 29, 2001

———————

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Henry Andre Redfern, Appellant Pro Se.  Marshall Prince, OFFICE OF
THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Henry Andre Redfern seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  <u>United States v. Redfern</u>, Nos. CR-98-567; CA-00-1335-17-0 (D.S.C. Oct. 11, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2